No. 54392.—W. X. Huber Co. v. United States, protest 37039–K (Los Angeles).

Opinion by OLIVER, C. J.   It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480), Abstract 51306, and Abstract 51893.   The claim at 20 percent under paragraph 1558 was therefore sustained.

No. 54393.—Charlotte Blodget et al. v. United States, protests 117940–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54394.—Foresta Factors v. United States, protests 136522–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise in question consists of sawed lumber similar in all material respects to that the subject of Abstract 53917, the claim of the plaintiff was sustained. Counsel for the plaintiff having abandoned protest 141763–K on April 17, 1950, insofar as it covered entry No. 789818, said protest was dismissed as to the enumerated entry.